<span style="color:red">FILE COPY</span>



# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

October 5, 2015

Fred Hernandez
Val Verde County Assistant District
Attorney
P.O. Box 1405
Del Rio, TX 78841
* DELIVERED VIA E-MAIL *

Stephen Foster
310 S. St. Mary's
Suite 2400
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-14-00671-CR
        Trial Court Case Number:    11297CR
        Style:  The State of Texas
            v.
            Raul Becerra Castorena

       The Appellee's Brief has this day been received and filed in the above styled and numbered cause. Oral Argument has been requested by Stephen Foster.

                    Very truly yours,
                    KEITH E. HOTTLE, CLERK

                    Carmen De Leon
                    Deputy Clerk, Ext. 53262